IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **MACRONIX INTERNATIONAL CO., LTD.**, a Taiwanese corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**SPANSION INC.**, a Delaware corporation, and **SPANSION LLC**, a Delaware corporation,<br><br>    Defendants. | Civil Action No.: 3:13-cv-679-REP |

## DEFENDANTS' MOTION TO DISMISS

Defendants Spansion Inc. and Spansion LLC (collectively, "Spansion"), by counsel, respectfully move this Court to dismiss the Complaint for Patent Infringement (Docket No. 17.) ("Amended Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in Defendants' Memorandum in Support of Motion to Dismiss, which is filed herewith.

SPANSION INC.
SPANSION LLC


By   /s/
     Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Stanley W. Hammer, VSB #82181
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
stanley.hammer@troutmansanders.com

Andrew N. Thomases (*pro hac vice filed*)
Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone: (650) 617-4712
Facsimile: (650) 566-4275
andrew.thomases@ropesgray.com

Nicole M. Jantzi (*pro hac vice filed*)
Megan F. Raymond (*pro hac vice filed*)
Ropes & Gray LLP
700 12th St. NW Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
nicole.jantzi@ropesgray.com
megan.raymond@ropesgray.com

*Counsel for Defendants*
*Spansion Inc. and Spansion LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2013, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

Charles B. Molster, III
CMolster@winston.com
Vivian S. Kuo
vkuo@winston.com
Andrew R. Sommer
asommer@winston.com
Joseph C. Masullo
jmasullo@winston.com
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006

Michael M. Murray
mmurray@winston.com
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

*Counsel for Plaintiff,*
*Macronix International Co.*

Luke A. Culpepper
lculpepper@winston.com
Winston & Strawn LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002

                                           /s/
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Stanley W. Hammer, VSB #82181
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
stanley.hammer@troutmansanders.com
*Counsel for Defendants Spansion Inc.*
*and Spansion LLC*