IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MACRONIX INTERNATIONAL
CO., LTD., a Taiwanese
Corporation,

    Plaintiff,

v.                          Civil Action No. 3:13cv679

SPANSION INC., a Delaware
Corporation, et al.,

    Defendants.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, DEFENDANTS' MOTION TO DISMISS (Docket No. 22) will be granted as to claims of direct infringement, both literally and under the doctrine of equivalents; denied, as moot, as to claims of indirect infringement whether for induced or contributory in nature, such claims not being intended to be made by the plaintiff; and denied as to willfulness.

The plaintiff shall be accorded leave to file a Second Amended Complaint which shall be filed, and served by April 1, 2014; and the defendants shall file their Answers and any necessary motions by April 21, 2014.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                                /s/
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: March 10, 2014